UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 1 2 2007
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:07CR00603CDP ) |
| KATHY D. RANKIN, | ) ) |
| Defendant. | ) ) |

INFORMATION

COUNT I

The United States Attorney charges that:

1. At all times relative to this information, **KATHY D. RANKIN,** the defendant herein, was employed as a Customer Service Agent for Union Pacific Railroad.

2. From September, 2001, until July, 2004, **KATHY D. RANKIN,** the defendant herein, was the Financial Secretary-Treasurer for the Transportation Communications Union International, Lodge 512, a labor organization.

3. At all times relative to this information, Lodge 512 operated out of 324 O'Farrell, Collinsville, Illinois. This was the residence of **KATHY D. RANKIN,** the defendant herein.

4. At all times relative to this information, Lodge 512 maintained a checking account at Missouri State Bank, 100 South 4th Street, St. Louis, Missouri. **KATHY D. RANKIN,** the defendant herein, had access to this account.

5. Between September 2003 and August 2004, within the Eastern District of Missouri and

elsewhere,

## KATHY D. RANKIN,

the defendant herein, knowingly, unlawfully and willfully stole, abstracted or converted to her own use, approximately $15,622.34 in moneys or funds of a labor organization, to wit: the Transportation Communications Union International, Lodge 512.

In violation of Title 29, United States Code, Section 501(c).

                                                      Respectfully submitted,

                                                     CATHERINE L. HANAWAY
                                                     United States Attorney

                                                     HOWARD J. MARCUS   #16980
                                                     Assistant United States Attorney
                                                     111 South 10th Street, Room 20.333
                                                     St. Louis, Missouri   63102
                                                     (314) 539-2200

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| EASTERN DIVISION | ) | ss. |
| EASTERN DISTRICT OF MISSOURI | ) | |

I, Howard J. Marcus, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

                                                     HOWARD J. MARCUS   #16980

Subscribed and sworn to before me this __10__ day of October 2007.

                                                   James H. Woodward
                                                 CLERK, U.S. DISTRICT COURT

                                          By:
                                                                  DEPUTY CLERK